1  NEAL J. FIALKOW, State Bar No. 74385
   LAW OFFICE OF NEAL J. FIALKOW
2  215 N. Marengo Avenue, 3rd Floor
   Pasadena, CA  91101
3  Tel:   (626) 584-6060
   Fax:  (626) 584-2950
4

5  SAHAG MAJARIAN II, State Bar No. 146621
   Law Office of Sahag Majarian, II
6  18250 Ventura Blvd.
   Tarzana, CA  91356
7  Tel:   (818) 609-0807
   Fax:  (818) 609-0892
8  sahagii@aol.com

9  Attorneys for Plaintiff MARIA GUADALUPE VILLA-CAMPOS
   and others similarly situated
10

11  REBECCA EISEN, State Bar No. 96129
   LAUREN S. KIM, State Bar No. 210572
   MORGAN, LEWIS & BOCKIUS LLP
12  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
13  Tel: 415.442.1000
   Fax: 415.442.1001
14  reisen@morganlewis.com
   lkim@morganlewis.com
15
   Attorneys for Defendant
16  P.F. CHANG'S CHINA BISTRO, INC.

17
                  UNITED STATES DISTRICT COURT
18
                  NORTHERN DISTRICT OF CALIFORNIA
19

| | |
|---|---|
| 20  MARIA GUADALUPE VILLA-CAMPOS, aka GUADALUPE CAMPOS, as an individual, for herself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>P.F. CHANG'S CHINA BISTRO, INC., DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  CV 12-3107 PJH<br><br>**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S INDIVIDUAL CLAIMS WITH PREJUDICE AND CLASS CLAIMS WITHOUT PREJUDICE**<br><br>Hon. Phyllis J. Hamilton<br><br><u>PROPOSED CLASS ACTION</u> |

1  Plaintiff Maria Guadalupe Villa-Campos, also known as Guadalupe Campos ("Plaintiff" or
2  "Campos") and Defendant P.F. Chang's China Bistro, Inc. ("Defendant" or "P.F. Chang's"), by
3  and through their respective counsel of record named herein, hereby stipulate as follows:
4  **WHEREAS** Plaintiff filed the instant action ("Action") in the Superior Court of
5  California, County of Contra Costa, on behalf of a putative class comprised of all current and
6  former California-based employees who were employed by P.F. Chang's since March 5, 2008
7  (four years from the filing of the Action);
8  **WHEREAS** on June 15, 2012 Defendant removed this Action to this Court pursuant to the
9  Class Action Fairness Act of 2005;
10  **WHEREAS** the United States Supreme Court's decision in *AT&T Mobility LLC v.*
11  *Concepcion*, 131 S. Ct. 1740 (2011) held that the Federal Arbitration Act preempts California state
12  law prohibiting enforcement of arbitration agreements containing class action waivers on the
13  grounds that they are unconscionable, and reiterated the strong "liberal federal policy favoring
14  arbitration";
15  **WHEREAS,** Campos signed P.F. Chang's Dispute Resolution Policy Agreement which
16  mandates the arbitration of Campos' individual claims and contains a class action waiver;
17  **WHEREAS** in light of Plaintiff's agreement to arbitrate her individual claims, Plaintiff
18  wishes to dismiss the instant lawsuit in its entirety;
19  **WHEREAS** Federal Rule of Civil Procedure 41(a)(1)(A)(ii) vests this Court with
20  discretion to dismiss this litigation in its entirety;
21  **THEREFORE**, the parties, through their undersigned respective counsel, stipulate and
22  request that the Court hereby order the dismissal of Plaintiff's individual claims with prejudice
23  and her class claims without prejudice. Each party shall bear her or its own attorneys' fees and
24  ///
25  ///
26  ///
27  ///
28  ///

costs of suit herein.

**IT IS SO STIPULATED.**

Dated: July 24, 2012                    LAW OFFICE OF SAHAG MAJARIAN II

By _____
Sahag Majarian, II
Attorneys for Plaintiff
MARIA GUADALUPE VILLA-CAMPOS
(also known as Guadalupe Campos)

Dated: July 24, 2012                    MORGAN, LEWIS & BOCKIUS LLP

By _____
Lauren S. Kim
Attorneys for Defendant
P.F. CHANG'S CHINA BISTRO, INC.

## ORDER

Pursuant to stipulation by the parties and good cause appearing, the action entitled <u>Maria Guadalupe Villa-Campos v. P.F. Chang's China Bistro, Inc., et al.</u> (Case No. 12-CV-03107 PJH) is hereby dismissed in its entirety:

    a) Plaintiff's individual claims are dismissed with prejudice and

    b) Plaintiff's class claims are dismissed without prejudice.

Each party shall bear her or its own attorneys' fees and costs of suit herein.

**IT IS SO ORDERED.**

Dated: 7/25/12

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*